ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
PATTON L. JOHNSON (320631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com
pjohnson@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES REIDINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZENDESK, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-06968-CRB<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS |

## INTRODUCTION AND SUMMARY OF THE ACTION

Lead Plaintiff Local 353, I.B.E.W. Pension Fund ("Lead Plaintiff"), individually and on behalf of all others similarly situated, by Lead Plaintiff's undersigned counsel, alleges the following based upon personal knowledge as to Lead Plaintiff and Lead Plaintiff's own acts, and upon information and belief as to all other matters based on the investigation conducted by and through Lead Plaintiff's counsel, which included, among other things, a review of Securities and Exchange Commission ("SEC") filings by Zendesk, Inc. ("Zendesk" or the "Company"), as well as media and analyst reports about the Company. Lead Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

This is a securities fraud class action on behalf of all purchasers of Zendesk common stock between February 6, 2019 and October 1, 2019, inclusive (the "Class Period"), seeking to pursue remedies under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder.

## BACKGROUND

1. Zendesk is a software development company that provides Software as a Service ("SaaS") customer-support products designed to help its customers better communicate with and serve their customers. The Company was founded in 2007 in Copenhagen, Denmark and completed its initial public offering ("IPO") on May 15, 2014. Zendesk's stock trades on the New York Stock Exchange ("NYSE") under the ticker symbol "ZEN."

2. Zendesk has its headquarters in San Francisco, California, with regional headquarters for Europe, Middle East, and Africa ("EMEA") in Dublin, Ireland and Asia Pacific ("APAC") in Melbourne, Australia. Zendesk also has a large sales, marketing, and customer support team in London, United Kingdom. The Company generates about half of its revenue from outside the United States. In 2018, Zendesk derived 48.2% of its revenue internationally, with 29.2% from EMEA and 11.4% from APAC.

3. The principal indicator of Zendesk's financial condition was and is revenue growth because Zendesk has never been profitable. Therefore, Zendesk's growth story and revenue

trajectory are a primary focus for the Company's investors. Indeed, Zendesk has consistently stressed the importance of revenue growth to its investors, including highlighting and discussing it on the first page of each "Shareholder Letter" attached to the Company's quarterly earnings announcements filed with the SEC. With nearly half its revenue coming from outside the U.S., international revenue growth was especially important, and Zendesk separately reported each region's revenue growth and discussed it on earnings conference calls.

4. Zendesk's flagship product is "Zendesk Support," a system for tracking and prioritizing customer service requests (also known as "tickets"), which generates "substantially all of [Zendesk's] revenue and cash flows."[1] Zendesk's other products, which also aim to manage customer interactions, include live chat and call center software, customer self-service and support databases, analytics overlays, sales software, and customer communication software. In 2018, Zendesk began to bundle its Support, chat and other products into a single item it calls "Zendesk Suite." The Company generally charges its customers based on the number of those customers' employees using Zendesk's services, called "agents," as well as the number of features or functions enabled. Zendesk calls the customers of its customers "end users."

5. Historically, Zendesk has sold its products and services to small and medium sized businesses, which Zendesk refers to as SMB or its "velocity" business. Zendesk describes its velocity business as "low-touch," where initial sales are generated online or through purchases following free trials.[2] SMB or velocity customers generally do not have existing customer-support technology infrastructure and Zendesk generates additional sales by up-selling or cross-selling them more expensive or additional products and services.

6. More recently, Zendesk has focused on increasing its share of "enterprise" customers, which the Company defines as those with more than 100 agents or more established businesses. Zendesk describes its shift to increasing the number of enterprise customers as its move "upmarket" and claims it presents significant opportunities to grow revenue.

---

[1] 2018 annual report filed on SEC Form 10-K.

[2] February 5, 2019 Shareholder Letter.

7. According to Zendesk, enterprise customers typically have existing technology they want to streamline or replace or they want to begin selling directly to consumers. These customers require more engagement with and involvement from Zendesk's higher-level sales, marketing and product-development employees as well as Zendesk's executives, including C-Suite executives, to ensure its products and services suit the customers' needs, or as Zendesk put it at a November 4, 2018 investor conference, to "sell . . . them a solution rather than a product."

8. In addition to Zendesk's reliance on international sales and revenue growth, the Company has historically and consistently collected, stored and transmitted, through its core business of providing customer-support products and services, significant amounts of sensitive information, including personally identifying information, about its customers, agents and end users. For example, in its May 16, 2014 IPO prospectus, Zendesk described the Company's collection and use of such data:

> Use of our customer service platform and live chat software involve the storage, transmission, and processing of our customers' proprietary data, including personal or identifying information regarding their customers or employees.[3]

9. Because of its collection of a vast amount of its customers', agents' and end users' sensitive information, the Company repeatedly (and falsely) assured its customers and investors that its data security methodologies were comprehensive and of the highest quality:

> **Security**. Our platform hosts a large quantity of customer data. ***We maintain a comprehensive security program designed to help safeguard the security and integrity of our customers' data, which includes both organizational and technical measures such as perimeter security, industry standard intrusion detection systems*** . . . . ***In addition, we regularly obtain third-party security audits and examinations of our technical operations and practices covering data security, including a Statement on Standard Attestation Engagement No. 16 (SSAE16)***, Service Organization Controls #2 (SOC 2) Type I Attestation.[4]

---

[3] Zendesk repeated the same or substantially similar statements concerning its collection of personal or identifying information in each of its following annual SEC filings. *See, e.g.*, FY15 Form 10-K ("Use of our customer service platform, live chat software, and analytics software involve the storage, transmission, and processing of our customers' proprietary data, including personal or identifying information. . . ."); FY16 Form 10-K ("Use of our products involves the storage, transmission, and processing of our customers' proprietary data, including personal or identifying information. . . .").

[4] March 19, 2015 SEC Form 424(b) secondary offering prospectus.

10. During the Class Period, the Company repeated these assurances about its comprehensive security and consistently touted its strong processes for securing its customers' and users' personally identifiable information, claiming that it implemented the "***highest possible standards for protecting [personally identifiable information]***" and that Zendesk's practices were validated by European regulators. *See* ¶52.

11. Zendesk also emphasized to investors that macroeconomic issues that were affecting some of its competitors were not affecting its performance, and that its sales pipeline (*i.e.*, the multi-step method for tracking a customer's path from lead to sale) and demand for its products were strong in all regions. Zendesk also gave investors the impression that its financial prospects were solid by telling investors that it had the right leadership and sales processes in the key geographic regions of EMEA and APAC, especially in its "mission-critical" Australia-New Zealand ("ANZ") market, and that it had the same sales and go-to-market strategies and strong execution in all regions.

12. For example, at the start of the Class Period, on February 5, 2019, the Company reported its 4Q18 financial results and held an investor conference call in connection with its results. On the call, investors questioned whether the Company was concerned about the negative impact of then-current macroeconomic events affecting its competitors, including the trade war between the U.S. and China and reportedly slowing growth in the U.K. and Europe. In response, Zendesk's Chief Financial Officer ("CFO") Elena Gomez provided false assurances that the Company had examined its sales pipeline across every region in which it sold its products and services and that the Company had not experienced or seen any disruption:

> [Analyst:] [Y]ou talk about you're ***seeing a really healthy demand environment***, you're seeing a really good demand across industries. In such a commentary, and obviously, we've spoke to numbers, ***seems to be in contrast to some of the cautious commentary I'm hearing from some of your tech peers*** this earnings season. . . . ***[A]re there any macros on the horizon that you're on the lookout for, you're more concerned about?*** . . . You don't have manufacturing in China and you don't have to worry about trade wars and stuff like that. But you do have a presence in the U.K. and Europe that's slowing down.
>
> [Gomez:] ***[W]e haven't seen anything, any disruption. . . . And we look at our pipeline across every region, et cetera. And so far, we have not seen anything.***

13. Gomez further emphasized on the call that the Company was currently experiencing a "healthy demand environment, overall" and credited the Company's 4Q18 revenue growth to, among other strengths, "the sales force executing and productivity up all around."

14. On February 14, 2019, the Company filed its Form 10-K for the fiscal year 2018. The Form 10-K repeated the financial results in the February 5, 2019 press release and made the following representations concerning the Company's data security protocols:

> ***We maintain a comprehensive security program designed to help safeguard the security and integrity of our customers' data***. We regularly review our security program. ***In addition, we regularly obtain third-party security audits and examinations of our technical operations and practices covering data security***.

15. The February 14, 2019 Form 10-K also purported to warn investors of the risks that "***may***" result "***if***" a breach or unauthorized access to the sensitive data it collected from its customers were to occur:

> ***If our network or computer systems are breached or unauthorized access to customer data is otherwise obtained, our products may be perceived as insecure, we may lose existing customers or fail to attract new customers, and we may incur significant liabilities***.[5]

16. On March 27, 2019, the Company issued a press release titled "Zendesk Poised for Next Phase of Growth in ANZ with New Leadership." According to the release, ANZ was the largest market in the APAC region and a "significant contributor to the . . . region's growth, which saw more than 50 percent increase in revenue." The Company claimed that with its new regional leadership and investment in local talent, it was prepared for strong growth in the "mission-critical" region.

17. On May 29, 2019, the Company attended the Cowen Technology, Media & Telecom Conference. The Company hinted that it was "watching APAC," but assured investors that international business was strong and there was nothing alarming in what it was experiencing:

> ***As we go outside the U.S., the markets have been strong.*** We did point out on our first call – first quarter earnings that ***we're just closely watching APAC. Nothing alarming there, but there has been some uneven performance in the APAC market***.

---

[5] Emphasis in original. The Company repeated these false warnings in substantially identical form throughout the Class Period including May 2, 2019 and August 2, 2019. *See* ¶¶63, 77.

18. Each of the above-referenced statements in ¶¶12-17, were materially false and misleading when made as defendants knew or deliberately disregarded and failed to disclose the following facts:

(a) Macroeconomic business challenges related to the U.K.'s separation from the European Union, euphemistically referred to as "Brexit," and the escalating trade war between the U.S. and China had already begun to have a negative effect on Zendesk's business performance and thus revenue growth in EMEA and APAC;

(b) The Company's execution of its sales model in EMEA and APAC was not strong, as the Company had claimed, nor were the strategies and sale processes applicable in EMEA and APAC the same as in the US. Specifically, Zendesk: (i) lacked high level executives and leadership in the regions to effectively sell enterprise products including executives and leadership required to properly engage with enterprise customers and coordinate with Zendesk HQ in San Francisco; and (ii) had not implemented the "best practices" from its U.S. velocity business in EMEA and APAC; and

(c) The Company's data security program was not up to the highest possible standards and the data systems had ***already*** suffered a significant breach, exposing personally identifying information and other sensitive data belonging to approximately 22,000 customer accounts, including agent and end user email addresses, passwords and authentication information.

19. As a result of these misrepresentations, the Company's stock traded at artificially inflated prices as high as $94.89 per share during the Class Period.

20. Then on July 30, 2019, after the market closed, the Company announced its 2Q financial results in a press release and separate Shareholder Letter and held an investor conference call to discuss the results. The Company reported that 2Q19 revenues growth had slowed to 37%, well below the 38%-41% range the Company had reported over the prior eight quarters. On the call, Chief Executive Officer ("CEO") Mikkel Svane disclosed that "[g]rowth in EMEA and APAC, although still solid didn't quite live up to our own expectations, and [is] lagging other regions" and the Company blamed "macroeconomic factors" as well as its own "suboptimal execution" for the decline in growth in EMEA and APAC. Over the following months, Zendesk

disclosed that, contrary to its prior representations, structural changes were needed to ensure effective execution of its sales strategies in EMEA and APAC, including implementing the "best practices" from its U.S. business in EMEA and APAC and hiring high level executives to ensure that its leadership in the regions was adequate given the size of the Company and able to engage with potential customers.

21. Following the July 30, 2019 disclosures, the price of Zendesk common stock declined nearly 11% per share from its close of $93.12 per share on July 30, 2019 to close at $83.56 per share on July 31, 2019, on unusually high volume of more than 8.6 million shares traded.

22. On August 2, 2019, Zendesk filed its Form 10-Q for the quarter ended June 30, 2019. The Form 10-Q again falsely stated that Zendesk ***could*** suffer a security breach and potential consequences, ***if*** in fact such a breach were to occur:

> ***If our network or computer systems are breached or unauthorized access to customer data is otherwise obtained, our products may be perceived as insecure, we may lose existing customers or fail to attract new customers, and we may incur significant liabilities***.[6]
>
> Use of our products involves the storage, transmission, and processing of our customers' proprietary data, including personal or identifying information regarding their customers or employees. Unauthorized access to or security breaches of our products ***could*** result in the loss of data . . . .

23. On September 24, 2019, Zendesk reportedly identified that it had experienced a data breach ***nearly three years earlier***, prior to November 2016, involving personally identifiable information for approximately 15,000 Support and Chat customer accounts and authentication information for an additional approximately 7,000 customer accounts.[7] An article on the online publishing platform *Medium.com* titled "Zendesk – Discloses 2016 Data Breach after Three Years

---

[6] Emphasis in original.

[7] According to Zendesk's 2016 annual report filed on SEC Form 10-K, it had 94,300 customer accounts, including 50,800 Support accounts and 41,300 Chat accounts, as of December 31, 2016. According to the Company's 2019 annual report filed on SEC Form 10-K, as of December 31, 2019, Zendesk had 157,000 customer accounts, including 81,200 Support accounts and 42,600 Chat accounts.

*i.e.* On September 24, 2019" by Emily Daniel later confirmed that "[o]n September 24, 2019, Zendesk discloses this breach explicitly."[8]

24. On September 24, 2019, Zendesk's stock price dropped significantly, closing 4.70% lower than its prior close at $73.60 per share, on unusually high volume of more than 2.3 million shares traded, or nearly twice the average daily volume over the preceding 10 trading days.

25. On October 2, 2019, Zendesk published on its website an "Important Notice regarding 2016 Security Incident," which stated that it identified a data breach involving approximately 10,700 customer accounts (two days later upwardly revised to having actually identified ***22,000*** breached customer accounts), that the breach had occurred prior to November 2016, and that Zendesk learned about the breach prior to September 24, 2019. Specifically, hackers stole "email addresses, names and phone numbers of agents and end users" as well as agents' and end users' passwords and authentication information for other customers:

> **Important Notice regarding 2016 Security Incident**
>
> We recently were alerted by a third party regarding a security matter that may have affected the Zendesk Support and Chat products and customer accounts of those products activated prior to November of 2016.
>
> * * *
>
> ***On September 24, we identified approximately 10,000 Zendesk Support and Chat accounts . . . whose account information was accessed without authorization prior to November of 2016***.
>
> ***[T]he information accessed from these databases includes the following data***:
>
> - ***Email addresses, names and phone numbers of agents and end-users of certain Zendesk products***
> - Agent and end user passwords that were hashed and salted
>
> ***We have also determined that certain authentication information was accessed*** for a much smaller set of approximately ***700 customer accounts***, including expired trial accounts and accounts that are no longer active.

[8] Emily Daniel, *Zendesk-Discloses 2016 Data Breach after Three Years i.e. On September 24, 2019, Medium* (Oct. 22, 2019), https://medium.com/datadriveninvestor/zendesk-discloses-2016-data-breach-after-three-years-i-e-on-september-24-2019-820d14fa0bea. Google search results indicate the article was first published on September 24, 2019, however the post is dated October 22, 2019.

26. Following the October 2, 2019 disclosure of the data breach, the price of Zendesk common stock fell $2.90 per share to close at $69.81 per share on October 2, 2019 on unusually high trading volume.

27. Lead Plaintiff and the Class (defined herein) seek to recover economic loss caused by the alleged misrepresentations and omissions.

**JURISDICTION AND VENUE**

28. Jurisdiction is conferred by §27 of the Exchange Act, 15 U.S.C. §78aa. The claims asserted herein arise under §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b), 78(t)a, and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

29. Venue is proper in this District pursuant to §27 of the Exchange Act, as Zendesk is headquartered in this District and many of the false and misleading statements alleged herein were disseminated from this District.

30. In connection with the acts alleged in this Amended Complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

**PARTIES**

31. Lead Plaintiff Local 353, I.B.E.W. Pension Fund purchased Zendesk common stock during the Class Period, as set forth in the certification filed on December 23, 2019 (ECF No. 32-2), and suffered damages as a result of the misconduct alleged herein.

32. Plaintiff Charles Reidinger purchased Zendesk common stock during the Class Period and suffered damages as a result of the misconduct alleged herein.

33. Defendant Zendesk is a San Francisco, California-based software development company that provides SaaS products for organizations. Zendesk common stock is listed and trades on NYSE, an efficient market, under the ticker symbol "ZEN." As of October 1, 2019, the Company had approximately 112 million shares issued and outstanding.

34. Defendant Mikkel Svane ("Svane") is, and was at all relevant times, a co-founder and CEO of Zendesk and the Chairman of its Board of Directors. As CEO, Svane had the power to authorize or approve publicly disseminated information about the Company and was regularly quoted in Zendesk's press releases, regularly spoke on Zendesk's quarterly earnings calls to discuss financial results with analysts and investors, regularly made live presentations at analyst-sponsored investor conferences, authored the Company's quarterly Shareholder Letters, and signed or authorized all of Zendesk's reports filed with the SEC. During the Class Period, defendant Svane sold 250,000 shares of his personally-held Zendesk stock, reaping $19,670,225 in proceeds.

35. Defendant Elena Gomez ("Gomez") is, and was at all relevant times, CFO of Zendesk. As CFO, Gomez had the power to authorize or approve publicly disseminated information about the Company and was regularly quoted in Zendesk's press releases, regularly spoke on Zendesk's quarterly earnings calls to discuss financial results with analysts and investors, regularly made live presentations at analyst-sponsored investor conferences, authored the Company's quarterly Shareholder Letters, and signed or authorized all of Zendesk's reports filed with the SEC. During the Class Period, defendant Gomez sold 42,455 shares of her personally-held Zendesk stock, reaping $3,526,791 in proceeds.

36. Defendant Norman Gennaro ("Gennaro") is, and was at all relevant times, Senior Vice President ("Senior V.P."), Worldwide Sales of Zendesk. As Senior VP, Worldwide Sales, Gennaro had the power to authorize or approve publicly disseminated information about the Company and regularly made live presentations at analyst-sponsored investor conferences. During the Class Period, defendant Gennaro sold 12,842 shares of his personally-held Zendesk stock, reaping $1,026,645 in proceeds.

37. Defendants Svane, Gomez and Gennaro are referred to collectively herein as the "Individual Defendants." Zendesk and the Individual Defendants are referred to herein, collectively, as "defendants."[9]

**CONTROL PERSONS**

38. As officers and controlling persons of a publicly held company whose common stock is traded on the NYSE and governed by the provisions of the federal securities laws, the Individual Defendants each had a duty to promptly disseminate accurate and truthful information with respect to the Company's financial condition, performance, growth, operations, financial statements, business, markets, management, earnings, and present and future business prospects, and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of the Company's common stock would be based upon truthful and accurate information. The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

39. The Individual Defendants participated in the drafting, preparation, and/or approval of the various public, shareholder, and investor reports and other communications complained of herein and were aware of, or deliberately disregarded, the misstatements contained therein and omissions therefrom, and were aware of their materially false and misleading nature. Because of their board memberships and/or executive and managerial positions with Zendesk, each of the Individual Defendants had access to the adverse undisclosed information about the Company's financial condition and performance as particularized herein and knew or deliberately disregarded that these adverse facts rendered the positive representations made by or about Zendesk and its business or adopted by the Company materially false and misleading.

40. The Individual Defendants, because of their positions of control and authority as officers and/or directors of the Company, were able to (and did) control the content of the various SEC filings, press releases, and other public statements pertaining to the Company during the Class

[9] Lead Plaintiff does not intend to pursue claims against previously named defendants Adrian McDermott, John Geschke, and Jeffrey Titterton at this time. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Period. Each of the Individual Defendants was provided with copies of the documents alleged herein to be misleading prior to or shortly after their issuance and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected. Accordingly, each of the Individual Defendants is responsible for the accuracy of the public reports and releases detailed herein and is therefore primarily liable for the representations contained therein.

41. Additional evidence of Zendesk's executives knowledge of and control over the Company's performance was the Company's assurances to investors before and during the Class Period that the C-Suite maintained close contact with revenue and client development weekly and closely monitored revenue and developed strategies to predict, with a very high degree of accuracy, what Zendesk's revenue, and thus revenue growth, would be for any particular quarter.[10]

42. For example, on June 21, 2018, the website "Predictable Revenue" published an interview and article titled "How Zendesk is able to forecast revenue within 1% (at a $500 million company)," in which Zendesk's VP of North American Sales, Jaimie Buss, touted the Company's skill in predicting quarterly revenue:

> Before implementing our processes, the forecast was being missed by a large percentage, maybe 25%. But, you have to be within 5% – that's industry standard. So most quarters, we have been within 1%.[11]

---

[10] Investors fully digested these assurances as market analysts differentiated Zendesk from competitors based on the Company's purported visibility into upcoming revenue. For example, in the lead up to the Class Period, on January 24, 2019, Oppenheimer issued a report specifically focusing on the recurring nature of the Company's revenue and therefore its visibility into financial performance:

> **Good revenue visibility**
>
> Zendesk generates the vast majority of its revenue from subscription services. The company's highly recurring model, paired with consistently strong [trailing twelve months] net dollar retention rates (118% in 3Q:18), provides ***high model visibility for Zendesk, which is an attractive investment trait***.

[11] Collin Stewart, *How Zendesk is able to forecast revenue within 1% (at a $500 million company)*, Predictable Revenue (June. 21 2018), *https://predictablerevenue.com/blog/how-zendesk-forecasts-revenue-within-1-precent-at-a-500-million-company*

43. In addition, according to Zendesk's Chief Operating Officer ("COO"), John T. Keiser, every C-level executive was updated on Zendesk's operational and financial metrics, and actually involved in selling products and building relationships with major customers:

> And one of the things that I instilled . . . was running the business weekly. ***So really looking at operational and health metrics of the business weekly and building that into our culture and into our cadence so that we can respond quickly.***
>
> [T]here were just things I noticed that we learned at the end of a month and the end of a quarter that should have been dealt with more quickly. ***And so we've built our whole analytics engine around that and have a growing set of metrics that we review on a weekly basis to really measure the health of the business that flows into our C-staff so that we can deal with issues that come up.***
>
> * * *
>
> ***[E]ach member of our C-staff has responsibility for 10 big clients where they have direct responsibility for dealing with the executives and working with our account team and are responsible for the expansion of those customers***.[12]

44. These assurances as well as the Individual Defendants' roles at the Company demonstrate that the Company and the Individual Defendants are liable as participants in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Zendesk common stock by disseminating materially false and misleading statements and/or concealing material adverse facts. The scheme: (i) deceived the investing public regarding Zendesk's business, operations, and management and the intrinsic value of Zendesk common stock; and (ii) caused Lead Plaintiff and other members of the Class to purchase Zendesk common stock at artificially inflated prices.

## SUBSTANTIVE ALLEGATIONS

45. On February 5, 2019, after the close of trading, Zendesk issued a press release announcing its 4Q18 and FY18 financial results. In addition to announcing 4Q18 revenue had increased 41% year over year to $172.2 million, the Company also reported that it had a 4Q18 Generally Accepted Accounting Principles ("GAAP") operating loss of $36.5 million, that its FY18 revenue had increased 39% year over year to $598.7 million, and that it had an FY18 operating loss of $137.9 million. These results beat analysts' expectations for Zendesk's financial

---

[12] December 4, 2018 Well Fargo Tech Summit investor conference.

results. The Company also provided 1Q19 and FY19 financial guidance, stating in pertinent part as follows:

> **Outlook**
>
> As of February 5, 2019, Zendesk provided guidance for the quarter ending March 31, 2019 and for the year ending December 31, 2019.
>
> For the quarter ending March 31, 2019, Zendesk expects to report:
>
> - Revenue in the range of $178.0-180.0 million
> - GAAP operating income (loss) in the range of $(44.0)-(42.0) million
>
> * * *
>
> For the full year ending December 31, 2019, Zendesk expects to report:
>
> - Revenue in the range of $795.0 - 805.0 million
> - GAAP operating income (loss) in the range of $(154.0)-(149.0) million, which includes share-based compensation and related expenses of approximately $154.2 million, amortization of purchased intangibles of approximately $8.8 million, and acquisition-related expenses of approximately $4.0 million

46. Material Misrepresentation. On February 5, 2019, the Company also published its quarterly Shareholder Letter as an attachment to its Form 8-K filed with the SEC. The Shareholder Letter focused on the Company's reported revenue growth, crediting the strength of its 2018 results to the expansion of monthly recurring revenue from enterprise customers, Zendesk's ability to execute sales and strong customer demand in every region in which the Company does business. Zendesk also applauded its leadership team and sales capabilities for capitalizing on global demand for its products:

> For the full-year 2018, we delivered 39% revenue growth – an acceleration compared to 38% growth for full-year 2017 . . .
>
> Around the world, companies large and small are seeking to transform their businesses through customer experience, and ***that trend is driving strong demand for our products***.
>
> Our fourth quarter and full-year results demonstrate our progress. ***We continue to deliver strong revenue growth from small and midsized businesses and large enterprises. Our upmarket momentum continued as we partner with enterprises to serve increasingly complex use cases. As a proxy of our success in moving upmarket, the percentage of our monthly recurring revenue from***

> ***customers with 100 or more Zendesk Support agents expanded to 40% at the end of the fourth quarter compared to 38% a year ago***.
>
> * * *
>
> **2018 in Review**
>
> ***Our growth in 2018 reflects the strength of our products, our ability to execute, and global trends that are driving demand***.
>
> * * *
>
> ***With customers in more than 160 countries and territories and approximately half of our revenue outside of the U.S., we are seeing strong global demand and revenue growth in every region***.
>
> * * *
>
> **Enterprise Momentum**
>
> In 2018, we also significantly matured our enterprise sales and marketing initiatives by hiring talent and building teams ***with the experience necessary*** to serve as strategic partners with our enterprise customers. ***We broadened our sales and customer success capabilities across named accounts, pre-sales consulting and professional services, and solutions and success partners, while increasing our executive engagement with strategic customer accounts***. ***We also hired an executive-level leader of partner channels to develop a partner ecosystem and strategy to extend our reach with enterprise customers***.

47. Finally, the Shareholder Letter reiterated the prior representations concerning the level of control and hands-on oversight by the Company's top-level executives, highlighting that business performance and operational issues are escalated to the leadership team immediately:

> **Operations**
>
> Our leadership team has taken many steps to improve and mature the operations of our company. ***We implemented company-wide goals that cascade from our top strategic priorities and also implemented weekly operational reviews to assess the status of our priorities and raise any issues to the leadership team immediately***.

48. Material Misrepresentation. On February 5, 2019, following the release of the Company's 4Q18 and FY18 results, Zendesk hosted a conference call for analysts and investors to discuss the results. On the call, defendants assured investors that its sales force was executing, its revenue pipeline was strong in all regions and the Company was not seeing any slippage of deals. Further, defendants stated that the same successful sales model used in the U.S. was being

deployed successfully in EMEA and APAC, and no changes to the sales organization were necessary:

> [Gomez:] [W]e're pleased with the acceleration in revenue in Q4 . . . It's really a combination of ***the sales force executing and productivity up all around***; strength in our Americas business, particularly with bigger deals this quarter. ***There's a healthy demand environment, overall, we're seeing. We're not seeing our pipeline slip in any way***.
>
> * * *
>
> [Analyst:] How are you thinking about your sales organization heading into 2019? Any planned changes or any meaningful additions that we need to keep in mind?
>
> [Gomez:] And even as we've added named account managers and named account executives, they've been done incredibly intentional and, thoughtfully, and so ***we will continue along that same approach***. So if anything, ***there may be tweaks, but nothing wholesale changed***.
>
> * * *
>
> [Analyst:] I was wondering if you could talk about EMEA growth. That continues to remain strong. If you see anything different in EMEA in terms of upmarket movement, enterprise success that you see in Americas.
>
> [Marc Cabi, Head of Investor Relations VP of Strategy:] ***No, we employ the same kind of go-to-market motions in all the regions.*** EMEA has had a very strong presence across all business sizes.

49. Material Misrepresentation. The Company also affirmed that macroeconomic issues affecting other companies were not impacting Zendesk and that its customers were not slowing their purchases of Zendesk products:

> [Analyst:] [Y]ou talk about you're ***seeing a really healthy demand environment***, you're seeing a really good demand across industries. In such a commentary, and obviously, we've spoke to numbers, ***seems to be in contrast to some of the cautious commentary I'm hearing from some of your tech peers*** this earnings season. . . . ***are there any macros on the horizon that you're on the lookout for, you're more concerned about?*** . . . You don't have manufacturing in China and you don't have to worry about trade wars and stuff like that. But you do have a presence in the U.K. and Europe that's slowing down.
>
> [Gomez:] Yes, it's a fair question in light of what at least is in the news, in the economic news, anyway. ***But we haven't seen anything, any disruption. And the first place we're looking, obviously, is our pipelines. And we look at our pipeline across every region, et cetera. And so far, we have not seen anything. [W]e haven't seen anything in our data that would indicate a slow in spending by CIOs or anything like that***. Not that it won't come. But today, with the data we have, we haven't seen it.

50. Investors and analysts accepted Zendesk's assurances concerning the strength of its execution, pipeline and the strong international demand environment. For example, on February 6, 2019, analysts at Stephens issued a report increasing its price target based on defendants' representations concerning the sales model, pipeline and strength in international markets:

> ***We feel very good about the setup into 2019 given the new bundle, the investments in sales, the strength in the move up-market, and commentary around the pipeline. Zendesk is in full execution mode and we reiterate our Overweight*** (Vol.) rating and are increasing our twelve-month price target from $78 to $92.
>
> * * *
>
> ***No Signs of Weakness Internationally***. . . .

51. Following the Company's 4Q18 and FY18 results, Zendesk's stock price increased from a close of $68.60 on February 5, 2019, reaching a high of $78.85 on February 6, 2019, ultimately closing at $72.40.

52. <u>Material Misrepresentation</u>. On February 14, 2019, after the market closed, Zendesk filed its FY18 Form 10-K, which was signed by defendants Svane and Gomez. In the Form 10-K, Zendesk repeated the 4Q18 and FY18 financial results and emphasized the Company's "comprehensive security program" to secure sensitive customer information including its "implementation of the highest possible standards":

> **Security**. Each of our products are designed to host a large quantity of customer data. ***We maintain a comprehensive security program designed to help safeguard the security and integrity of our customers' data***. We regularly review our security program. ***In addition, we regularly obtain third-party security audits and examinations of our technical operations and practices covering data security***.
>
> * * *
>
> In June 2017, we announced that we completed the EU approval process for our global Binding Corporate Rules ("BCRs") as a data processor and controller. This significant regulatory approval ***validated our implementation of the highest possible standards for protecting PII [personally identifiable information] globally, covering both the PII of our customers and employees***.[13]

---

[13] On June 6, 2017, Zendesk issued the following press release:

> **Zendesk Adheres To Highest Standards Of Data Protection With European BCR Approval**

53. Material Misrepresentation. Zendesk's FY18 Form 10-K also purported to warn investors of certain ***potential*** risks to Zendesk, "***if***" the Company's network or computer systems were to be breached:

> ***If our network or computer systems are breached or unauthorized access to customer data is otherwise obtained***, ***our products may be perceived as insecure, we may lose existing customers or fail to attract new customers, and we may incur significant liabilities***.[14]
>
> Use of our products involves the storage, transmission, and processing of our customers' proprietary data, including personal or identifying information regarding their customers or employees. Unauthorized access to or security breaches of our products ***could*** result in the loss of data.
>
> * * *
>
> Because the techniques used and vulnerabilities exploited to obtain unauthorized access to or to sabotage systems change frequently and generally are not identified until they are launched against a target, we may be unable to anticipate these techniques or vulnerabilities or to implement adequate preventative measures. We ***may*** also experience security breaches that may remain undetected for an extended period.

54. On February 15, 2019, following the Company's 4Q18 and FY18 financial results, the Company's stock price traded at artificially inflated prices of $79.30 per share.

---

> Zendesk, Inc. (NYSE: ZEN) a leading provider of software for better customer relationships, today announced that it has completed the EU approval process with the Irish DPC (peer reviewed by both the Information Commissioner's Office (ICO) and the Dutch Data Protection Authority (DPA)) for its global Binding Corporate Rules (BCRs) as data processor and controller. This significant regulatory approval ***validates Zendesk's implementation of the highest possible standards for protecting personal data globally, covering both the personal data of its customers and its employees***.
>
> "***We firmly believe in delivering certainty to our customers for the protection of their data***. The approval of our BCRs is significant for us and ***demonstrates our ongoing commitment to protecting the privacy of personal data at Zendesk***," said John Geschke, general counsel and senior vice president of administration at Zendesk. . . .
>
> "This provides further confirmation that Zendesk is a global business ***that values security and data privacy at its core***," said John Crossan, vice president EMEA at Zendesk. "As a result of the Irish DPC's approval of our BCRs, companies across Europe know when they deal with Zendesk, they are dealing with ***one of the most secure customer relationship software providers globally with the highest data protection standards available today***."

[14] Emphasis in original.

55. Each of the above-referenced statements in ¶¶46, 48-49, 52-53, were materially false and misleading when made as defendants knew or deliberately disregarded and failed to disclose the following facts:

(a) Macroeconomic business challenges related to the U.K's separation from the European Union, euphemistically referred to as "Brexit," and the escalating trade war between the United States and China had already begun to have a negative effect on Zendesk's business performance and thus revenue growth in EMEA and APAC;

(b) The Company's execution of its sales model in EMEA and APAC was not strong, as the Company had claimed, nor were the strategies and sale processes applicable in EMEA and APAC the same as in the US. Specifically, Zendesk: (i) lacked high level executives and leadership in the regions to effectively sell enterprise products including executives and leadership required to properly engage with enterprise customers and coordinate with Zendesk HQ in San Francisco; and (ii) had not implemented the "best practices" from its U.S. velocity business in EMEA and APAC; and

(c) The Company's data security program was not up to the highest possible standards and the data systems had ***already*** suffered a significant breach, exposing personally identifying information and other sensitive data belonging to approximately 22,000 customer accounts, including agent and end user email addresses, passwords and authentication information.

56. Material Misrepresentation. On February 25, 2019, the Company gave a presentation at the JMP Securities Technology Conference. During the conference, Gennaro discussed how he implemented changes in 2018 to put the correct employees and processes in place everywhere, not just in pockets as it was previously, in order to execute sales to enterprise customers:

> [Gennaro:] You have to think about the enterprise accounts that you're working with in a different way and support them in a different manner than you would a Velocity play. ***And so that's the differentiation as we moved up market in 2018 to kind of understand that, that is really the case and start putting in the people and activities in place to make that happen***.
>
> [Analyst:] Give us a couple of concrete example. So what did you have to put in, what kind of people or what kind of activity?

* * *

> [Gennaro:] ***From the sales side, which you'll see is, obviously, you need to have account reps that are dedicated to a specific enterprise and making sure that they understand the terminology that those companies use and the concerns that they would have***.
>
> [Analyst:] And ***you didn't have that before?***
>
> [Gennaro:] ***Well, we had it in pockets***. ***But this is – It just allowed us to kind of build it out and expand it***.

57. Material Misrepresentation. On March 27, 2019, Zendesk issued a press release announcing a new managing director in ANZ (Australia-New Zealand) in which it bragged that it was "Poised for Next Phase of Growth" in this "mission-critical" and largest market in APAC:

> **Zendesk Poised for Next Phase of Growth in ANZ With New Leadership**
>
> Zendesk, Inc. (NYSE: ZEN), a leading customer experience and engagement software company, today announced plans to continue to expand its footprint across Australia and New Zealand (ANZ) by appointing Amy Foo as Managing Director.
>
> The announcement follows a year of strong growth, where Zendesk ***ANZ saw a strong double digit growth in total number of customer accounts including a number of high-profile enterprise customer wins, including Showpo and Xinja. This boost solidifies Zendesk ANZ as the largest market in the region, and fourth largest market for the company globally. ANZ was also a significant contributor to the Asia Pacific (APAC) region's growth, which saw more than 50 percent increase in revenue, outpacing the company's year-on-year revenue growth of 41 percent.***
>
> * * *
>
> Under Amy's leadership, ***the organisation will continue to deepen its relationships with the market's startups and small-to-medium sized businesses, and further showcase its product offerings to large scale, multinational enterprises***.
>
> According to Gomez . . ."I am excited to see how she will lead our business into our next phase of growth particularly in a ***mission-critical market like ANZ***."
>
> ***A key factor to achieving its growth has been Zendesk's continuous investment into finding and fostering local talent***. The number of employees grew by almost half (49 percent) in FY18 to more than 300 people across engineering and go-to-market roles (including sales, marketing, people operations, and finance) spread across offices in Melbourne, Sydney, Brisbane, and Auckland.

58. On April 30, 2019, after the close of trading, Zendesk filed its SEC Form 8-K attaching a press release announcing 1Q19 results. The Company reported that for the period ended March 31, 2019, revenue increased 40% year over year to $181.5 million and its GAAP net

loss for the quarter was $44.7 million, or $0.41 per share. The press release provided 2Q19 and updated FY19 financial guidance, stating in pertinent part as follows:

> **Outlook**
>
> As of April 30, 2019, Zendesk provided guidance for the quarter ending June 30, 2019 and updated its guidance for the year ending December 31, 2019.
>
> For the quarter ending June 30, 2019, Zendesk expects to report:
>
> - Revenue in the range of $191-193 million
> - GAAP operating income (loss) in the range of $(44)-(42) million, which includes share-based compensation and related expenses of approximately $41 million, amortization of purchased intangibles of approximately $2 million, and acquisition-related expenses of approximately $1 million
>
> * * *
>
> For the full year ending December 31, 2019, Zendesk expects to report:
>
> - Revenue in the range of $802-810 million
> - GAAP operating income (loss) in the range of $(164)-(160) million, which includes share-based compensation and related expenses of approximately $165 million, amortization of purchased intangibles of approximately $9 million, and acquisition-related expenses of approximately $4 million

59. Material Misrepresentation. On April 30, 2019, the Company also published its quarterly Shareholder Letter as an attachment to its SEC Form 8-K. The Shareholder Letter, like earlier Company representations, assured investors that demand continued to remain strong in all regions, and that Zendesk's capable execution of its sale strategies was advancing its growth:

> We began 2019 by delivering 40% revenue growth in the quarter (year over year), up nearly two percentage points compared to the year-over-year growth achieved for the first quarter of 2018. . . .
>
> ***Demand for our products remains strong as companies around the world, large and small, seek to transform their businesses by adopting modern software architectures and applications****.* ***Our growth is driven by favorable global market trends and our dedication to delivering seamless, omnichannel experiences on behalf of our customers***.
>
> ***[W]e are advancing our move upmarket by investing in the expansion of our product and go-to-market capabilities to serve larger, more complex use cases***.

60. Material Misrepresentation. The April 30, 2019 Shareholder Letter also emphasized that Zendesk's sales initiatives were driving revenue growth, global demand was high and the Company had expanded its leadership to support its growth:

> **Investments Driving Growth**
>
> Our broad-based growth in the first quarter reflects ***the strength of our products, our improved sales and marketing initiatives, and global trends that are driving high demand***. With customers in more than 160 countries and territories and approximately half of our revenue coming from outside of the U.S., our products demonstrate broad global appeal.
>
> * * *
>
> **Leadership Team**
>
> We are scaling our operations to support our global growth and momentum as we build Zendesk to be a multibillion-dollar revenue company.
>
> * * *
>
> ***We also recently expanded our leadership team*** with the addition of a chief customer officer, chief information officer, senior vice president of product, and senior vice president of product marketing. ***These proven enterprise leaders*** are an important part of our strategy to provide platforms and products to help companies around the world transform their customer experiences.

61. Material Misrepresentation. On April 30, 2019, following the release of the Company's 1Q19 results, Zendesk held a conference call for analysts and investors to discuss the financial results for 1Q19. During the call, defendants stressed strong and balanced revenue growth across all regions, favorable market dynamics, and improving sales and marketing initiatives. Gomez said she was "paying attention" to APAC, but did not indicate that there was any reason to believe growth would not continue to be as anything but "strong and balanced":

> [Gomez:] [W]e delivered strong revenue growth, 40%, in the first quarter. In fact, we accelerated our year-over-year revenue growth rate compared to prior period 4 out of the last 5 quarters. ***Our growth was driven by continued favorable market dynamics, product innovation and improving sales and marketing initiatives***.
>
> A few highlights for the quarter: ***strong and balanced revenue growth across all regions***.
>
> * * *
>
> [Gomez:] If you look at our overall performance across all of our regions, I feel like Americas' had a very strong start to the year. ***I think the regions, if there's a place where I'm paying attention to, particularly in APAC, that's a place we're looking at***. But other than that, I don't think there's anything different.

62. On May 1, 2019, analysts at Piper Jaffray issued a report titled "1Q19 Earnings: What Do You Say to the Bears? Not Today," in which they discussed the Company's 1Q19 results, and noted that in a conversation with Zendesk executives, the Company's management acknowledged macroeconomic-related feedback in APAC, but, as indicated during the call, there was nothing that concerned them about growth:

> The company saw balanced geographic growth, with revenue up 39% in US, 38% in EMEA, 39% in APAC, and 57% in other. ***Notably, on our follow-up call, management indicated pockets of macro-related cautious feedback in some APAC countries***. ***While it is too early to be concerned*** about growth in this region we will be watching performance for any evidence of potential macro-related weakness.

63. Material Misrepresentation. On May 2, 2019, after the market closed, Zendesk filed its SEC Form 10-Q for the quarter ended March 31, 2019, which was signed by Gomez and Svane and falsely stated that Zendesk merely ***could*** suffer a security breach and its consequences, "***if***" such a breach occurred, when as it would later be disclosed, such a wide-reaching breach had already occurred:

> ***If our network or computer systems are breached or unauthorized access to customer data is otherwise obtained, our products may be perceived as insecure, we may lose existing customers or fail to attract new customers, and we may incur significant liabilities***.[15]
>
> Use of our products involves the storage, transmission, and processing of our customers' proprietary data, including personal or identifying information regarding their customers or employees. Unauthorized access to or security breaches of our products ***could*** result in the loss of data . . . .
>
> * * *
>
> Because the techniques used and vulnerabilities exploited to obtain unauthorized access to or to sabotage systems change frequently and generally are not identified until they are launched against a target, we may be unable to anticipate these techniques or vulnerabilities or to implement adequate preventative measures. We ***may*** also experience security breaches that may remain undetected for an extended period.

64. On May 3, 2019, following the 1Q19 financial results and 1Q19 Form 10-Q, Zendesk's stock price traded at artificially inflated prices above $87.09 per share.

[15] Emphasis in original.

65. On May 22, 2019, at the Company's Annual Analyst Day, Gomez stressed the "complete advantage" of international markets to Zendesk, claiming they protected the Company from dependence on any one region and provided great opportunity:

> Many of you know that we have a footprint – a global footprint that is a little bit different. I view this as a complete advantage for us. Over 50% – actually close to 50% of our business is outside the U.S., I think 30 languages. This has been completely important for us as we think about managing our portfolio of regions. We definitely focus on all regions doing well, but the fact that we're balanced, it doesn't ever put any pressure on any single region. So this is incredibly important and speaks to the opportunity that lies ahead.

66. Material Misrepresentation. On May 29, 2019, the Company attended the Cowen Technology, Media & Telecom Conference and Zendesk again played down any concern about "uneven performance" in APAC, assuring investors that there was "[n]othing alarming there" and "[a]s we go outside the U.S., the markets have been strong":

> We're well diversified. So 48% of our revenue is outside the U.S. I would say that in the past 12 months, we've seen extremely strong U.S. growth. . . .
>
> ***As we go outside the U.S., the markets have been strong. We did point out on our first call – first quarter earnings that we're just closely watching APAC. Nothing alarming there, but there has been some uneven performance in the APAC market***.

67. Each of the above-referenced statements in ¶¶56, 57, 59-61, 63, 66, were materially false and misleading when made as defendants knew or deliberately disregarded and failed to disclose the following facts:

(a) Macroeconomic business challenges related to the U.K.'s separation from the European Union, euphemistically referred to as "Brexit," and the escalating trade war between the United States and China had already begun to have a negative effect on Zendesk's business performance and thus revenue growth in EMEA and APAC;

(b) The Company's execution of its sales model in EMEA and APAC was not strong, as the Company had claimed, nor were the strategies and sale processes applicable in EMEA and APAC the same as in the US. Specifically, Zendesk: (i) lacked high level executives and leadership in the regions to effectively sell enterprise products including executives and leadership required to properly engage with enterprise customers and coordinate with Zendesk HQ

in San Francisco; and (ii) had not implemented the "best practices" from its U.S. velocity business in EMEA and APAC; and

(c) The Company's data security program was not up to the highest possible standards and the data systems had ***already*** suffered a significant breach, exposing personally identifying information and other sensitive data belonging to approximately 22,000 customer accounts, including agent and end user email addresses, passwords and authentication information.

**THE TRUE FACTS BEGIN TO BE DISCLOSED**

68. On July 30, 2019, after the market closed, Zendesk filed its SEC Form 8-K attaching a press release announcing its results for 2Q19, which ended June 30, 2019. The Company reported that 2Q19 revenues had increased from $141.9 million in 2Q18 to $194.6 million in 2Q19, representing revenue growth of 37%, which was below the 38%-41% range the Company had reported over the prior eight quarters. Zendesk also reported that its GAAP net loss for the quarter was $54.5 million, or $0.50 per share. For its 2019 outlook, the Company reduced its cash flow to $35-$45 million from $55-$65 million and increased its losses to $175-$178 million from $160-$164 million.

69. On July 30, 2019, Zendesk hosted an investor conference call to discuss its 2Q19 financial results on which Svane disclosed that "[g]rowth in EMEA and APAC, although still solid didn't quite live up to our own expectations, and [is] lagging other regions." Gomez quantified the slowdown, stating that 2Q19 revenue growth in EMEA was 33% (compared to 38% in 1Q19, 42% in FY18 and 41% in FY17) and 31% in APAC (compared to 39% in 1Q19 and 47% in FY18). In addition, Zendesk blamed "macroeconomic factors" as well as its own "suboptimal execution" for the decline in growth in EMEA and APAC, but claimed it was "really difficult to discern the macro fundamentals from execution fundamentals":

> [Svane:] ***Growth in EMEA and APAC, although still solid didn't quite live up to our own expectations, and lagging other regions***.
>
> * * *
>
> [Gomez:] EMEA and APAC had solid revenue growth in the quarter, up 33% and 31%, respectively. However, i***n these 2 regions, we observed some pockets of suboptimal execution***.

*    *    *

> [Analyst:] [C]an you sort of isolate what's macro versus execution? Because it seems like both of those concepts came up in the prepared remarks. And then two, there's a lot of real estate that falls under EMEA and APAC. Is there any more specificity there in particular, countries that were outliers in terms of the weakness?

> [Cabi:] So when you look at the regions, we are – again, they delivered good growth, but there were pockets. So it's not a region-wide phenomenon for either. ***But within specific countries, we've seen some feedback that there is some uncertainty on the behalf of customers. Deals are taking somewhat longer to close in certain instances. For example, out of Australia, which is a large trading partner to China, we've heard that. And I think some of the stuff in the UK might suggest that there is some longer deal cycles there***. But it's really difficult to discern the macro fundamentals from execution fundamentals.

*    *    *

> [Analyst:] How are you guys approaching the execution part of that as opposed to maybe just the overall customer prospect hesitancy?

> [Gomez:] There's not just one playbook here. But I think it starts with understanding, to your point, the pipeline in the back half of the year, ***understanding close rates, understanding the productivity of all the reps in that region***. And as well obviously, ***we're having success in North America, so we're doing some comparisons on what's working here, and are there certain things that we can bring to the region that make sense for that region***? Typically, we try to do uniform things, but there are definitely localized practices that just make more sense

70. During the call, Zendesk also sought to make it clear that the slowing growth was not caused by EMEA and APAC customers losing interest in longer-term deals, additional competition in international markets, or specific deals slipping from 2Q19 to 3Q19:

> [Analyst:] ***[D]o you think any of the execution choppiness, perhaps internationally, is about doing longer-term deals with customers*** and maybe just the U.S. customers are more used to that?

> [Gomez:] No, I actually don't think that's true. ***We definitely have international customers committing to us longer term, so that's not really speaking to that uneven performance***.

*    *    *

> [Analyst:] [M]aybe can you give us some color on international competition and SMB competition?

> [Cabi:] ***I don't think the competitive dynamics have changed that much in the marketplace***.

*    *    *

> [Analyst:] And just to clarify the slipped deal, the deals internationally that slipped. That was mostly slippage. They weren't lost.
>
> [Cabi:] So the first, just to correct something or just to restate it the way we'd like it stated, ***we didn't say that deals slipped. But what we said is we received feedback from those regions that deals are taking longer to close***. So there's a difference there that I just wanted to make sure that's specified.

71. In light of the disappointing growth in EMEA and APAC, Zendesk emphasized caution with respect to its FY19 financial guidance, stating on the call that it was "maintaining a prudent view on the year as [defendants] gain[ed] a better understanding of the dynamics, internal and external, in EMEA and APAC," and thus it expected ongoing revenue growth of just 30%.

72. Following the July 30, 2019 disclosures, nearly every analyst following Zendesk was focused on the Company's slowing revenue growth in EMEA and APAC. For example, in its July 30, 2019 report, RBC Capital Markets reduced its price target citing performance weakness in key international regions APAC and EMEA:

> ***Less strong ZEN [than] we wanted:*** Zendesk reported a mixed 2Q. Billings, margins, and RPO were strong, ***while revenue vs. guide was the second-smallest % outperformance on record and the increase in annual guidance was also close to the low.*** RPO strength was in large part due to longer deals, and management cited ***weakness in parts of APAC and EMEA, with how to allocate execution vs. macro unclear.***

73. On July 31, 2019, analysts at Stephens believed the execution issues in EMEA and APAC put pressure on the share price, presented a "newly introduced risk," and required Zendesk to step-up its oversight and operations in EMEA and APAC:

> [T]he underwhelming guidance and commentary around ***'choppy'/'mixed' operational performance and macro trends in certain countries (think primarily Australia, UK, and Germany), makes us believe ZEN shares will be pressured in the near-term***. We don't fault owners from taking a few chips off the table given this ***newly introduced risk***.
>
> * * *
>
> ***EMEA and APAC Performance Drove the Tempered Outlook***. Certain countries in Europe and Asia Pacific are driving softer international performance. Last quarter APAC was starting to show the signs and then during 2Q we believe the UK and Germany did as well. We can see this in the numbers. EMEA grew 33% YOY, which compares to 38% last quarter, 42% in 2018, and 41% in 2017. There is less history on APAC YOY growth, but we knew it slowed from 39% in 1Q to 31% in 2Q. ***Deals simply did not close at the same rate as in previous periods. Expansions with existing customers were lighter too***. Zendesk pointed to a mix of macro and operational issues that are driving the weakness.

> In terms of the company-specific issues, ***Zendesk may need to make some investments in improving the operational rigor, discipline, and oversight of these specific countries***. Probably it is a situation where Zendesk's revenue and operations in these countries have grown faster than the abilities of the leadership in those geographies.

74. Following the July 30, 2019 disclosures, the price of Zendesk common stock declined precipitously, falling nearly $10 per share from its close of $93.12 per share on July 30, 2019 to close at $83.56 per share on July 31, 2019, on unusually high volume of more than 8.6 million shares traded, or more than twice the average daily volume over the preceding 10 trading days.

75. Although investors recognized the financial impact of the slowing growth in EMEA and APAC, they remained unsure of how much was due to macroeconomic factors and how much was due to suboptimal execution. For example, William Blair in its July 31, 2019 report said, "Bearish points in the quarter included performance in EMEA and APAC . . . It is likely that a combination of both macro and execution may have contributed in these regions, but it is hard to discern at this point."

76. On the same day, UBS issued a report titled "Secular Tailwinds Carry the Day, With a Close Eye On Potential Headwinds Ahead," explaining that investors were trying to figure out how much of the slowing growth in EMEA and APAC was due to execution problems or lower demand:

> [E]xtending sales cycles in pockets of EMEA and APAC likely stirs debate as ***investors try to figure out what's due to execution vs. early signs of a slowdown*** in demand. ***ZEN's broad global footprint and SMB exposure may make the business more sensitive to global macro conditions than US-centric SaaS peers***.

77. Material Misrepresentation. On August 2, 2019, Zendesk filed with the SEC a Form 10-Q for the quarter ended June 30, 2019. The Form 10-Q falsely stated that Zendesk ***could*** suffer a security breach and its consequences ***if*** such a breach were to occur, when in fact such a breach had already occurred:

> ***If*** our network or computer systems are breached or unauthorized access to customer data is otherwise obtained, our products may be perceived as insecure, we

> may lose existing customers or fail to attract new customers, and we may incur significant liabilities.[16]
>
> Use of our products involves the storage, transmission, and processing of our customers' proprietary data, including personal or identifying information regarding their customers or employees. Unauthorized access to or security breaches of our products ***could*** result in the loss of data . . .

78. The representations in Zendesk's August 2, 2019 Form 10-Q concerning the Company's security measures to safeguard personally identifying information and purportedly warning of the contingency that a breach could occur were materially false and misleading as the Company knew or deliberately disregarded that its data security program was not up to the highest possible standards and the data systems had ***already*** suffered a significant breach, exposing personally identifying information and other sensitive data belonging to approximately 22,000 customer accounts, including agent and end user email addresses, passwords and authentication information.

79. On September 11, 2019, at the Deutsche Bank Technology Conference, in response to the Deutsche Bank analyst's request for an "update . . . or additional details" concerning what went wrong in EMEA and APAC, Svane made clear that Zendesk's "leadership" and sales coverage was not nearly as sufficient or capable as investors were led to believe:

> [Svane:] And of course, there are like macroeconomic factors, especially in Asia, in Europe, et cetera, *et cetera*. But at the same time, it's also like us keeping up with the business. ***We've had a very fast-growing business internationally, too. And ensuring that we also invest in proper leadership, proper coverage around the world, where we have so much of our business, is probably something where we are a little behind on where we should be.*** Like we – some of these smaller regions have the same revenues that the entire company had when we went public. ***And there's like 3 guys and a dog managing that business. And like this is like we need to do better and like we are investing to do a lot better on that***.

80. On September 24, 2019, Zendesk identified that it had experienced a data breach approximately three years earlier, in November 2016, involving personally identifying information for approximately 15,000 Support and Chat customer accounts and authentication information for approximately 7,000 customer accounts. An article on online publishing platform *Medium.com*, titled "Zendesk – Discloses 2016 Data Breach after Three Years i.e. On September 24, 2019," by

[16] Emphasis in original.

Emily Daniel later confirmed that "[o]n September 24, 2019, Zendesk discloses this breach explicitly."[17]

81. On September 24, 2019, Zendesk stock price dropped approximately 4.7% from its closing price of $77.23 per share on September 23, 2019 to $73.60 per share, on unusually high volume of more than 2.3 million shares traded, or nearly twice the average daily volume over the preceding 10 trading days.

82. Zendesk's incident response policy required all customers to be notified within 72 hours of a breach, which, based on Zendesk's statement that it confirmed the breach on September 24, would have occurred no later than September 27, 2019.[18] Zendesk's "FAQ" webpage following disclosure of the data breach confirmed that customers whose data was taken were separately notified.

83. On September 27, 2019, Zendesk stock price declined approximately 2.7% from $74.08 per share on September 26, 2019 to $72.08 per share, on unusually high volume of more than 3.2 million shares traded, or more than twice the average daily volume over the preceding 10 trading days.

84. On October 2, 2019, Zendesk published a blog post on its website titled "Important Notice regarding 2016 Security Incident," in which it explained that it had experienced a data breach involving emails, passwords and potentially other personal information for approximately

---

[17] Daniel, *supra*.

[18] Zendesk's incident response policy, publicly available on its website provides:

> **Incident Response**. We have an incident management process for security events that may affect the confidentiality, integrity, or availability of Our systems or data . . . . Unless ordered otherwise by law enforcement or government agency, You will be notified within seventy-two (72) hours of a Service Data Breach. "Service Data Breach" means an unauthorized access or improper disclosure that has been verified to have affected Your Service Data.

Zendesk.com, *How We Protect Your Service Data (Enterprise Services)* (Dec. 2 2019), https://www.zendesk.com/company/customers-partners/protect-service-data-enterprise-services/

10,000 customer accounts that were activated prior to November 1, 2016, as well as "authentication information" for 700 additional customer accounts:

> **Important Notice regarding 2016 Security Incident**
>
> ***We recently were alerted by a third party regarding a security matter that may have affected the Zendesk Support and Chat products and customer accounts of those products activated prior to November of 2016***. While our investigation is still ongoing, on September 24, 2019, we determined that information belonging to a small percentage of customers was accessed prior to November of 2016.
>
> * * *
>
> Once we became aware of this security matter, the Zendesk Security teams launched an investigation into the incident, including:
>
> - Engaging a team of outside forensic experts to validate the claims of the third party and to determine the exact data and information that was exposed.
> - Activating our internal data security response team and protocol. This team continues to investigate with full resources dedicated to determining how this exposure occurred.
> - Informing law enforcement and the appropriate global regulatory agencies.
>
> ***On September 24, we identified approximately 10,000 Zendesk Support and Chat accounts***, including expired trial accounts and accounts that are no longer active, whose account information was accessed without authorization prior to November of 2016. ***Information accessed included some personally identifiable information (PII) and other Service Data***.[19] We have found no evidence that ticket data was accessed in connection with this incident.
>
> For impacted customers, ***the information accessed from these databases includes*** the following data:
>
> - ***Email addresses, names and phone numbers of agents and end-users of certain Zendesk products***, potentially up to November 2016.
> - ***Agent and end user passwords*** that were hashed and salted – a security technique used to make them difficult to decipher, potentially up to November 2016. We have found no evidence that these passwords were used to access any Zendesk services in connection with this incident.

[19] Zendesk defines Service Data as "any information, including personal data, which is stored in or transmitted via the Zendesk services, by, or on behalf of, our customers and their end-users." *https://www.zendesk.com/company/privacy-and-data-protection/*

> We have also determined that ***certain authentication information was accessed for a much smaller set of approximately 700 customer accounts***, including expired trial accounts and accounts that are no longer active. This includes:
>
> - Transport Layer Security (TLS) encryption keys provided to Zendesk by customers.
> - Configuration settings of apps installed from the Zendesk app marketplace or private apps. This may include integration keys used by those apps to authenticate against third party services.

85. On October 2, 2019, *Cyberscoop.com* published an article titled "Zendesk announces data breach impacting years-old accounts" and noted that Zendesk's announcement of the breach closely followed an announcement by DoorDash (a company Zendesk listed as one of its clients as early as August 2016) that 4.9 million of its users were affected:

> Zendesk has not provided much detail about this incident, but the announcement follows a notification from the delivery service DoorDash[, which] confirmed a breach affected ***4.9 million customers, workers and merchants***.
>
> "***A lot of times [companies] have the data indicating they've been breached***," Candace Worley, Vice President and chief technical strategist at McAfee, said of corporate cyber defense at the Aspen Institute's Cyber Summit in New York. "They just don't know it yet."[20]

86. Consistent with DoorDash's confirmation of 4.9 million affected users, the number of people whose personal information was unlawfully accessed is likely far greater than the 22,000 customer accounts announced by Zendesk. In general, Zendesk customers have more than one agent and can have thousands, even millions of end users.[21] Thus, the breach affecting approximately 22,000 Zendesk customers may in fact have exposed many more agents' and end users' emails, phone numbers and other personally identifying information.

---

[20] Jeff Stone, *Zendesk announces data breach impacting years-old accounts*, Cyberscoop (Oct. 2 2019), https://www.cyberscoop.com/zendesk-data-breach/

[21] For example, Zendesk claimed that Airbnb, its customer since 2011, had "millions of annual tickets," which were "all recorded in Zendesk Support." Zendesk.com, *Privacy and Data Protection* (last visited April 14, 2020), https://www.zendesk.com/company/privacy-and-data-protection/

87. Following the October 2, 2019 disclosure, the price of Zendesk common stock fell $2.90 per share to close at $69.81 per share on October 2, 2019 on unusually high volume of more than 3.3 million shares traded.

88. On October 4, 2019, Zendesk updated its October 2 blog post and, without explanation, increased the number of breached customer accounts that Zendesk supposedly "identified" on September 24 from 10,000 to ***15,000*** and increased the number of customer accounts for which authentication information was stolen from 700 to ***7,000***:

> **Updated Notice Regarding 2016 Security Incident**
>
> On September 24, we identified approximately ***15,000*** Zendesk Support and Chat accounts, including expired trial accounts and accounts that are no longer active, whose account information was accessed without authorization prior to November of 2016. Information accessed included some personally identifiable information (PII) and other Service Data. We have found no evidence that ticket data was accessed in connection with this incident.
>
> * * *
>
> UPDATE: We have also determined that certain authentication information was accessed for approximately ***7,000*** customer accounts, including expired trial accounts and accounts that are no longer active. Upon further analysis, we also found an error and identified a group of customers who had a small number of TLS certificates accessed, almost all of which are currently expired.

**POST CLASS PERIOD EVENTS AND DISCLOSURES**

89. Following the Class Period, Zendesk continued to disclose the details underlying the Company's slowing growth and execution problems in EMEA and APAC and its 2016 data breach, including that the Company needed to hire many executive-level employees in EMEA and APAC to ensure its leadership in those regions was sufficient to execute its sales model, that the sales processes for its velocity business were not the same in all regions and it thus had to implement its "best practices" from the U.S. in EMEA and APAC, and that the Company had a significantly different data security program in 2016 when it was breached, despite its consistent claims of a comprehensive and effective system.

90. On October 29, 2019, Zendesk held its 3Q19 investor conference call. On the call, Gomez and Head of Investor Relations, Marc Cabi, stressed the need for better leadership through hiring higher-level personnel to address the execution problems in EMEA and APAC:

> [Cabi:] [W]e've managed through some of the things that we wanted to manage through in Q2 that we referred to around uneven performance. . . . ***We're up-leveling some of the positions that are coming open that – like in EMEA with a sales leader and so forth***.
>
> * * *
>
> [Analyst:] [I]t sounds like maybe there's new leadership, but any other color you can give in terms of what initiatives you're trying to do in lifting up the execution?
>
> [Gomez:] ***[T]he key for us is getting in the right leadership***. . . . ***we need to make sure we're on top of our hiring***.

91. Also on the October 29, 2019 conference call, Svane admitted that the data breach happened when Zendesk's security was in a "very different state," despite the unchanging assurances regarding security from before 2016 through the Class Period:

> It is something that happened more than 3 years ago. So it's, of course, ***something that happens when Zendesk was in a very different state of security than we are today***. And also – so we have been working with our key customers by ***walking them through just the development that happened inside the company and with our security profile over those 3 years*** have been a big, important part of it.

92. Chief Security Officer Maarten Van Horenbeeck elaborated on Svane's acknowledgment on the Company's "FAQ" webpage following disclosure of the data breach including that Zendesk had made significant technical changes to its security since 2016 and doubled its security staff:

> **Is my Zendesk data secure?**
>
> While no security measure can be considered to be 100% effective, Zendesk has significantly invested in its security program since 2016. ***Since then, we have made significant investments in our Security Program, including rolling out additional protection of sensitive personal data by implementing and aligning log and data retention with the General Data Protection Regulation (GDPR); deploying Customer Controlled User Assumption (CCUA), which restricts the access Zendesk employees have to customer service data and more than doubling the size of our security team.***[22]

93. On November 14, 2019, at the Stephens Investor Conference, an analyst asked Zendesk's COO, John T. Keiser, to "remind us what happened in Europe and APAC that led to

---

[22] Maartin Van Horenbeeck, *Update FAQ regarding 2016 Security Incident, Zendesk help* https://support.zendesk.com/hc/en-us/articles/360036637793-Updated-FAQ-regarding-2016-Security-Incident- (last visited April 14, 2020).

some of the – as you guys called it, some uneven performance and what measures have been taken since then." Keiser, contrary to the Company's earlier assurances that execution was strong and leadership in place to drive growth, elaborated on the execution model issues and the need to hire many high-level employees in EMEA and APAC to not let problems linger, meet with customers that were going ignored, and communicate effectively with executives in San Francisco:

> We did have some ***misses of some significance*** in EMEA and APAC in the first half of the year that ***we've been taking operational, go-to-market sets of actions around*** just as we do across all of the different aspects of our business.
>
> * * *
>
> ***We're very headquarters heavy with our leadership***. Our leadership all sits in San Francisco. So all of our functions are run out of San Francisco. ***The functional teams are spread all over the world. But we really don't have senior leadership that pulls that together in each of the regions. So we made the decision to up-level our sales leadership roles in EMEA and APAC, so we have – I'm currently interviewing for an SVP of Sales in EMEA, SVP of sales in APAC so that we really up-level the leadership there.***
>
> We're also putting a COO in EMEA and a COO in APAC that will report to me that are really going to be all about that book of business for that particular market and ***making sure that we've got the operational and kind of health of the business metrics in place and the communication channels back and forth with San Francisco up and – so that we can deal with things more quickly and not let them linger as opposed to relying on a sales leader or a marketing leader, which we have visibility to all their data, but the message gets diluted without having that senior leadership in place***.
>
> It'll also give us a bigger customer-facing presence. Right now, ***if you look at our top-150 customers, each of our C staff members has responsibility for 10-ish to 15-ish of those, which means like half of mine are in either APAC or EMEA. And we just don't have the senior levels out there to meet with customers***. So it'll give us more senior-level folks to spend time with customers.

94. Keiser also confirmed that Zendesk's executives had spent time in EMEA over the past "4 or 5 months" trying to "help the team, make sure that we understood the issues and improve execution," but in APAC, and specifically Australia and New Zealand, Zendesk, directly contrary to its claims in the press release touting its ANZ leadership, was further behind in getting key leaders hired and up to speed:

> ***In APAC and specifically in ANZ, we had – we made a couple different leadership changes. We're a little tardy in getting some roles filled. We've got those roles filled. We got the execution back in that business***. That business finished up well and – in Q3 and is projecting well for this quarter.

95. On December 4, 2019, at the Wells Fargo TMT Summit, Gomez identified changes Zendesk made both before and after disclosing the disappointing growth in EMEA and APAC, including that Zendesk, contrary to its previous statements, did not apply the same sales practices in EMEA and APAC as in the United States:

> ***We are making a change with the departure of our EMEA leader, which – he left in August. We're actually moving the velocity team under our global velocity leader, and we'll complete that with APAC as well***. And so we hired [Charen] from AWS sometime in May, I think, it was earlier this year. And the intent with her was really to focus on the Velocity business, allowing us to really focus up-market as well. And so a year ago, if you were the EMEA regional leader, you had both segments. You had Velocity and enterprise. Now we're saying what – ***we want to leverage the best practices of Velocity all around the world. We're having success in the Americas, so let's just make sure we extend that broadly***.

96. On December 10, 2019, Cabi explained that in EMEA and APAC Zendesk in fact did not have the proper executives for its enterprise business growth and reiterated that the best practices for its velocity business should have been uniform in all regions:

> ***We're now looking at how we also, though, put leading executives, leaders and executives, into the regions***. Because if you think about our business in Europe today, it's as big as Zendesk was just 3, 4 years ago. And they have an opportunity to have more executive leadership there to go after those bigger deals. As you know, ***those bigger deals require development of executive relationships***. And so we want to make sure that we have that proper leadership there. ***Our first hire will be in Europe,*** where our recently departed sales leader in August will be replaced, their – ***that role will be upgraded to an SVP level role so that we can start to have more of that executive presence in those international markets. We'll do the same in APAC over time, and we'll continue to evolve the organization to support that kind of growth***.
>
> * * *
>
> We made some changes in our approach to Velocity. ***What we've done is basically taken some of the best practices we've learned in the U.S. market and we'll now translate those into the international markets***, a much tighter alignment of marketing and sales, where we're really nurturing a set of – nurturing the funnel. So top-of-funnel through conversion. So ***we've done that well in the U.S. Each region used to run their own Velocity teams but we feel that, that actually is better managed through a global effort and a global set of processes***.

97. On February 6, 2020, on Zendesk's 4Q19 conference call, Gomez responded to an analyst's question about whether the "sales leadership, structural changes" implemented in 2019 would lead to more "consistent execution," by agreeing that the changes had been "structural" and stressing that, less than a year after bragging about how new leadership in ANZ would lead to

strong growth, Zendesk still had "plenty of work to do" in getting leadership correct "all around the globe":

> ***So I'm not sure the structural – actually, I guess, that's right***. We talked about the Velocity change, and we're excited about that actually. That created a lot of focus. That's where the Sell team has been integrated. I think that's what you're referencing. So yes, we're encouraged by the productivity out of the gate. So I think we feel good about that. ***I also think that along – in addition to those changes, and Mikkel talked about it, just we still have some work to do in terms of leadership, and that's all around the globe. So we still got plenty of work to do***, but we're encouraged by what we're seeing.

98. On February 12, 2020, at the Goldman Sachs Technology & Internet Conference, Gomez made clear that Zendesk's operations and execution had not kept pace with its growth in EMEA and APAC and that several months after disclosing slowing growth in those regions, Zendesk still had "work to do there":

> Yes, it's hard to pinpoint whether how much is macro or execution. But I will say that we want to take the execution piece off the table. And then ***we've still got some work to do there. So we're identifying a leader***. Hopefully, we'll have more to say about that in the second quarter. But the good news is we have command of sort of what the issues were. ***Some of it was leadership. Obviously, the other is making sure we have the right quota-bearing heads on the ground. And then just generally, EMEA is a big part of our business. I would say it was a size of what Zendesk was 4 years ago. And so with that comes a different level of governance, leadership, focus that we need to really pay attention to, and you'll see that same stance we take with APAC too***.

## LOSS CAUSATION/ECONOMIC LOSS

99. During the Class Period, as detailed herein, defendants made false and misleading statements and material omissions that caused Zendesk common stock to trade at artificially inflated prices. As defendants' misrepresentations and fraudulent conduct became generally known to the market, the price of Zendesk common stock price declined, as the prior artificial inflation came out of the stock's price resulting in Lead Plaintiff and the Class' economic loss, *i.e.*, damages, under the federal securities laws.

100. On February 5, 2019, the day before the Class Period, Zendesk's stock price closed at $68.60 per share. After the market closed, Zendesk filed with the SEC its Form 8-K attaching a press release and Shareholder Letter announcing its 4Q18 and FY18 financial results and held an earnings call for investors. As alleged herein, defendants' misrepresentations and omissions contained in the Form 8-K and statements made during the call gave investors the false and

misleading impression that its sales model was the same in all regions, demand was high, execution was strong, the sales pipeline was of no concern, and Zendesk had no data to indicate any slowdown. *See* ¶¶46, 48-49.

101. After the Company's February 5, 2019 misrepresentations and omissions, Zendesk's stock price traded markedly higher, closing at $72.40 per share, 5.54% higher than the previous days' close.

102. On February 14, 2019, following Zendesk's 4Q18 and FY18 financial results, the Company filed its annual report on Form 10-K with the SEC which materially misrepresented the quality of the Company's data security program and failed to disclose the significant breach that occurred in 2016. *See* ¶¶52-53.

103. As alleged herein, defendants repeated and made additional false and misleading statements throughout the Class Period in their conferences, press releases and SEC filings, causing Zendesk stock to trade at artificially inflated prices and close as high as $93.74 on July 26, 2019.

104. On July 30, 2019, after the market closed, the true facts, contrary to the alleged misrepresentations, began to be revealed when Zendesk issued its press release announcing its 2Q18 financial results and held an earnings call for investors to discuss those results. As alleged herein, defendants disclosed that, in fact, in EMEA and APAC its revenue growth was lagging, its execution was suboptimal, and macroeconomic problems were impacting its business. *See* ¶¶68-71.

105. Analysts covering Zendesk quickly, and nearly uniformly, incorporated Zendesk's disclosure regarding slowing growth in EMEA and APAC into their reports and valuations of the Company. *See* ¶¶72-73.

106. On July 31, 2019, Zendesk stock immediately fell, closing, at $83.56 per share, over 10% lower than its July 30, 2019 close, on unusually high volume of more than 8.6 million shares traded.

107. On September 24, 2019, Zendesk identified that it had experienced a data breach back in November 2016 involving the exposure and theft of personally identifying information for

approximately 15,000 Support and Chat customer accounts and authentication information for approximately 7,000 customer accounts. An article on online publishing platform *Medium.com*, titled "Zendesk – Discloses 2016 Data Breach after Three Years i.e. On September 24, 2019," written by Emily Daniel confirmed that "[o]n September 24, 2019, Zendesk discloses this breach explicitly." *See* ¶80.[23]

108. On September 24, 2019, Zendesk stock price declined significantly, closing at $73.60 per share, nearly 5% lower than the previous days' closing price of $77.23, on unusually high volume of more than 2.3 million shares traded, almost twice the average daily volume over the preceding 10 trading days.

109. Zendesk's incident management process required all customers to be notified within 72 hours of a breach, which, based on Zendesk's statement that it confirmed the breach on September 24, would have occurred no later than September 27, 2019.

110. On September 27, 2019, Zendesk stock price declined 2.7%, from $74.08 to $72.08 per share, on unusually high volume of more than 3.2 million shares traded, more than twice the average daily volume over the preceding 10 trading days.

111. On October 2, 2019, Zendesk published on its website the "Important Notice regarding 2016 Security Incident" describing how the Company's systems had been breached prior to November 2016. *See* ¶84.

112. On October 2, 2019, Zendesk stock price declined $2.90 to close at $69.81 per share, a drop of nearly 4% on unusually high volume of more than 3.3 million shares traded, more than twice the average daily volume over the preceding 10 trading days.

113. As detailed herein, defendants revealed the truth concealed by the fraud through a series of partial disclosures. Each disclosure removed artificial inflation from the price of Zendesk's stock, causing economic injury to Lead Plaintiff and other members of the Class.

---

[23] Daniel, *supra*.

## APPLICATION OF PRESUMPTION OF RELIANCE: FRAUD ON THE MARKET

114. Lead Plaintiff and the Class are entitled to a presumption of reliance under *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), because the claims asserted herein against defendants are predicated upon omissions of material fact for which there was a duty to disclose.

115. Lead Plaintiff and the Class are also entitled to a presumption of reliance pursuant to *Basic Inc. v. Levinson*, 485 U.S. 224 (1988), and the fraud-on-the-market doctrine because the market for Zendesk stock was an efficient market at all relevant times by virtue of the following factors, among others:

(a) Zendesk stock met the requirements for listing and was listed and actively traded on NYSE, a highly efficient market;

(b) Zendesk regularly communicated with public investors via established market communication mechanisms, including the regular dissemination of press releases on national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(c) Zendesk was followed by a number of securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms. These reports were publicly available and entered the public marketplace.

116. As a result of the foregoing, the market for Zendesk stock promptly incorporated current information regarding the Company from publicly available sources and reflected such information in the price of the stock. Under these circumstances, all those who transacted in Zendesk stock during the Class Period suffered similar injury through their transactions in Zendesk stock at artificially inflated prices and a presumption of reliance applies.

117. Without knowledge of the misrepresented or omitted material facts, Lead Plaintiff and other Class members purchased Zendesk stock between the time defendants misrepresented and failed to disclose material facts and the time the true facts were disclosed. Accordingly, Lead Plaintiff and other Class members relied, and are entitled to have relied, upon the integrity of the

market price for Zendesk stock and are entitled to a presumption of reliance on defendants' materially false and misleading statements and omissions during the Class Period.

## CLASS ACTION ALLEGATIONS

118. Lead Plaintiff brings this action as a class action pursuant to Fed. R. Civ. P. 23(a) and (b)(3) on behalf of a class consisting of all purchasers of Zendesk common stock during the Class Period (the "Class"). Excluded from the Class are defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families, and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

119. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Zendesk common stock was actively traded on the NYSE. While the exact number of Class members is unknown to Lead Plaintiff at this time and can only be ascertained through appropriate discovery, Lead Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Zendesk and/or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

120. Lead Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

121. Lead Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

122. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the Exchange Act was violated by defendants as alleged herein;

(b) whether statements made by defendants misrepresented or omitted material facts about the business, operations, and financial condition of Zendesk;

(c) whether defendants knew or deliberately disregarded that their statements were materially false and/or misleading;

(d) whether the price of Zendesk common stock was artificially inflated by defendants' misrepresentations and omissions;

(e) whether defendants' misrepresentations and omissions caused Class members to suffer economic losses, *i.e.*, damages; and

(f) the extent of damages suffered by Class members and the appropriate measure of damages.

123. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

**COUNT I**

**For Violation of §10(b) of the Exchange Act and Rule 10b-5**
**Against All Defendants**

124. Lead Plaintiff incorporates ¶¶1-123 by reference.

125. During the Class Period, Zendesk and the Individual Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

126. Zendesk and the Individual Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they: (a) employed devices, schemes and artifices to defraud; (b) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or (c) engaged in acts, practices and a course of business that operated as a fraud or deceit upon Lead

Plaintiff and others similarly situated in connection with their purchases of Zendesk common stock during the Class Period.

127. Lead Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Zendesk common stock. Lead Plaintiff and the Class would not have purchased Zendesk common stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by defendants' misleading statements.

**COUNT II**

**For Violation of §20(a) of the Exchange Act**
**Against Defendants Svane, Gomez and Gennaro**

128. Lead Plaintiff incorporates ¶¶1-127 by reference.

129. Defendants Svane, Gomez and Gennaro acted as controlling persons of Zendesk within the meaning of §20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, participation in and awareness of the Company's operations and intimate knowledge of the false statements and omissions made by Zendesk and disseminated to the investing public, defendants had the power to influence and control and did influence and control, directly or indirectly, the decision making of the Company, including the content and dissemination of the various statements that Lead Plaintiff contends are false and misleading. Each of these defendants participated in conference calls with investors and were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements, alleged by Lead Plaintiff to be misleading prior to and/or shortly after these statements were issued, and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

130. Each of these defendants had direct and supervisory involvement in the day-to-day operations of the Company and therefore had the power to control or influence the statements regarding revenue growth and data security that give rise to the securities violations as alleged herein and exercised the same. Furthermore, throughout the Class Period, these defendants had access to the data and other internal reports regarding revenue, execution, personnel and growth and data security.

131. As set forth above, Zendesk and the Individual Defendants violated §10(b) of the Exchange Act and Rule 10b-5 by their acts and omissions as alleged in this Amended Complaint. By virtue of their positions as controlling persons, defendants Svane, Gomez and Gennaro are liable pursuant to §20(a) of the Exchange Act. As a direct and proximate result of defendants' wrongful conduct, Lead Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's publicly-traded securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Lead Plaintiff prays for relief and judgment as follows:

A. Determining that this action is a proper class action and certifying Lead Plaintiff as a Class representative under Rule 23 of the Federal Rules of Civil Procedure and Lead Plaintiff's counsel as Lead Counsel;

B. Awarding compensatory damages in favor of Lead Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C. Awarding Lead Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D. Awarding such equitable/injunctive or other relief as deemed appropriate by the Court.

## JURY DEMAND

Lead Plaintiff demands a trial by jury.

DATED: April 14, 2020

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
JOHN H. GEORGE
PATTON L. JOHNSON

Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 14, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Shawn A. Williams

SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

# Mailing Information for a Case 3:19-cv-06968-CRB Reidinger v. Zendesk, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com
- **Mary K. Blasy**
  mblasy@rgrdlaw.com
- **Nicole Lynn Chessari**
  nchessari@goodwinprocter.com,dkemp@goodwinprocter.com
- **John Hamilton George**
  jgeorge@rgrdlaw.com
- **Hayes Phillips Hyde**
  hhyde@goodwinlaw.com,GRossman@goodwinlaw.com,SCRobinson@goodwinlaw.com
- **Frank James Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,kristeno@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com
- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,PJohnson2019@ecf.courtdrive.com
- **Michael T. Jones**
  mjones@goodwinlaw.com,HHyde@goodwinlaw.com
- **Adam Christopher McCall**
  amccall@zlk.com
- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com
- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,PJohnson@rgrdlaw.com,e_file_sd@rgrdlaw.com,amartis@rgrdlaw.com,JGeorge@rgrdlaw.com
- **Lloyd Winawer**
  lwinawer@goodwinlaw.com,jmckenzie@goodwinlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)