United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES REIDINGER,<br><br>  Plaintiff,<br><br>  v.<br><br>ZENDESK, INC., et al.,<br><br>  Defendants. | Case No. 19-cv-06968-CRB<br><br>**JUDGMENT** |

For the reasons set forth in the amended order granting Defendants' first motion to dismiss with leave to amend (dkt. 63) and the later order granting Defendants' second motion to dismiss with leave to amend (dkt. 70), and based on lead Plaintiff I.B.E.W. Pension Fund's notice indicating that the Pension Fund will not be filing another amended complaint (dkt. 71), judgment is entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: March 23, 2021

CHARLES R. BREYER
United States District Judge